UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD LUCKETT,<br><br>Petitioner,<br><br>vs.<br><br>,<br><br>Respondent. | U.S.C.A. No.: 21-15391<br>U.S.D.C.No.: CV-18-07670-HSG<br><br>ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL ON APPEAL |

The individual named above as petitioner, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above petitioner.

Elizabeth Richardson-Royer
3739 Balboa St., #1095
San Francisco, CA 94121
(510)679-1105
beth@richardsonroyer.com

*/s/ Haywood S. Gilliam Jr.*
Appointing Judge: Hon. Judge Haywood S. Gilliam, Jr.

| 7/28/2022 | 7/27/2022 |
|---|---|
| Date of Order | Nunc Pro Tunc Date |